UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SHAYVONE OWENS,

Plaintiff,

v.

KELLY, et al.,

Defendants.

Case No. 2:26-cv-02686-CDS-EJY

**ORDER**

Shayvone Owens, an inmate in the Nevada Department of Corrections, submitted a *pro se* Civil Rights Complaint that is missing the last page. ECF No. 1-1. The Complaint is unsigned. *Id*. Under Federal Rule of Civil Procedure 11(a) a complaint submitted to the Court must be signed by the plaintiff or his/her counsel. Further, "[a] civil-rights complaint filed by a person who is not represented by an attorney must be submitted on the form provided by this court or must be legible and contain substantially all the information called for by the court's form." Local Special Rule ("LSR") 2-1. Separate from these issues is Plaintiff's failure to submit an application to proceed in forma pauperis or pay the filing fee, one of which he must do to commence this action. 28 U.S.C. §§ 1914, 1915(a)(1)-(2); Local Special Rule ("LSR) 1-2. If Plaintiff wishes to proceed with this case, he/she must file a complete and signed Complaint on the Court's form. With that Complaint, Plaintiff must either submit an *in forma pauperis* application or pay the $405 filing fee.

Accordingly, IT IS HEREBY ORDERED that Plaintiff must file a complete and signed Complaint on the Court's form no later than **October 5, 2026**.

IT IS FURTHER ORDERED that at the same time Plaintiff submits a complete and signed Complaint, Plaintiff must either pay the filing fee to commence a civil action or file a complete *in forma pauperis* application.

IT IS FURTHER ORDERED that the Clerk of Court must send to Plaintiff the Civil Rights Complaint form, together with the instructions for completing the same, as well as the *in forma pauperis* application for an inmate with the instruction for completing that form.

IT IS FURTHER ORDERED that if Plaintiff fails to timely comply with this Order, the Court may recommend this matter be dismissed in its entirety.

Dated this 2nd day of September, 2026.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE